# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAZDAR R. ALZAYADI, et al.,<br><br>    Plaintiff,<br>vs.<br>MICHAEL ASTRUE, Commissioner of Social Security Administration,<br><br>    Defendant. | CASE NO. 11cv2056-LAB (WVG)<br><br>**ORDER OF DISMISSAL** |

On September 6, 2011, Plaintiffs for themselves and putatively on behalf of a class of similarly-situated individuals filed this action, bringing claims pertaining to the way in which their social security appeals were being adjudicated. On March 6, 2012, all matters arising from their appeal were referred to Magistrate Judge William Gallo for report and recommendation, pursuant to 28 U.S.C. § 636. On July 31, Judge Gallo issued his report and recommendation (the "R&R"), recommending that Defendant's motion to dismiss be granted and that Plaintiffs' cross-motion for leave to file an amended complaint be denied. Any objections to the R&R were required to be filed no later than August 31, 2012, and the parties were cautioned that failure to file objections within the specified time may waive the right to raise those objections on appeal. Since that time, no objections have been filed.

A district court has jurisdiction to review a Magistrate Judge's report and recommendation on dispositive matters. Fed. R. Civ. P. 72(b). "The district judge must determine de novo any part of the magistrate judge's disposition that has been properly

objected to." *Id*. "A judge of the court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the magistrate judge." 28 U.S.C. § 636(b)(1). This section does not require some lesser review by the district court when no objections are filed. *Thomas v. Arn*, 474 U.S. 140, 149–50 (1985). The "statute makes it clear that the district judge must review the magistrate judge's findings and recommendations de novo *if objection is made,* but not otherwise." *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003) (en banc), cert. denied, 157 L.Ed.2d 182 (2003).

The unobjected-to R&R is therefore **ADOPTED**. Plaintiffs' motion to file an amended complaint is **DENIED** and Defendant's motion to dismiss is **GRANTED**. This action is **DISMISSED WITHOUT LEAVE TO AMEND**.

**IT IS SO ORDERED**.

DATED: 9/4/2012

**HONORABLE LARRY ALAN BURNS**
United States District Judge